UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DIRECTV, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:03-cv-1624-DFH-WTL |
| | ) | |
| SHAWN BRITT, | ) | |
| | ) | |
| Defendant. | ) | |

FINAL JUDGMENT

The court having entered default in favor of plaintiff; the Magistrate Judge
having recommended after a hearing that the court award certain relief; and no
objections having been filed, the court hereby accepts the recommendation, and
it is hereby ORDERED, ADJUDGED, AND DECREED:  (1) that plaintiff DirecTV,
Inc. recover from defendant Shawn Britt the sum of Twenty Thousand Five
Hundred Dollars ($20,500.00); and (2) that defendant Shawn Britt is permanently
ENJOINED from violating 18 U.S.C. § 2511, including intercepting, endeavoring
to intercept, or procuring other persons to intercept electronic communications.

Date: October 16, 2006

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By:  Deputy Clerk

Copies to:

Robert L. Gauss
ICE MILLER LLP
gauss@icemiller.com

John T. Murphy
ICE MILLER LLP
john.murphy@icemiller.com

Michael A. Wilkins
ICE MILLER LLP
wilkins@icemiller.com

Shawn Britt
121 North Bradley
Indianapolis, Indiana 46201